AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>An I-Phone Model A1533 seized from DANNY GOMES AUSTIN on June 8, 2018 | )<br>)<br>)  Case No.   18-mj-1170-DLC<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Massachusetts___
*(identify the person or describe the property to be searched and give its location):*
An I-Phone Model A1533 seized from DANNY GOMES AUSTIN on June 8, 2018 as decribed in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Affidavit of ATF Special Agent Shervin Dhanani and Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                                  *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Donald L. Cabell_____.
              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
                                                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7/24/2018  10:00 AM          _____
                                                                                                 *Judge's signature*

City and state:   Boston, Massachusetts              Hon. Donald L. Cabell, U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: 18-mj-1170-DLC | Date and time warrant executed: 07/27/2018 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: S/A Matthew Kelsch

Inventory of the property taken and name of any person(s) seized:

- GPS Historical Data
- Phonebooks
- Documents
- Browsing History
- SMS/MMS Text messages
- Photographs
- Videos

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/27/2018

*Executing officer's signature*

S/A Shervin Dhanani
*Printed name and title*

## ATTACHMENT A

### Description of the Device to be Searched

The Target Device is an I-Phone model A1533 cellular telephone with IMEI number 358357061083178 and serial number DX3QFYH9FNJJ that was seized from DANNY GOMES AUSTIN on June 8, 2018. The device is associated with telephone number (857) 385-6505 and is currently being held as evidence by the ATF at 10 Causeway Street, Boston, Massachusetts. Based on the information described in the accompanying affidavit, this device is believed to belong to DANNY GOMES AUSTIN and used by him to facilitate violations of the federal firearms laws.

## ATTACHMENT B

1. All records on the Target Device described in Attachment A that relate to violations of 18 U.S.C. § 922(g)(1) (Felon in possession of a firearm), 18 U.S.C. § 922(a)(1)(A) (Dealing firearms without a license) and 18 U.S.C. § 922(a)(1)(B) (Dealing ammunition without a license), including:

    a. Records or other information related to the acquisition, transportation, storage, possession, or sale of firearms or ammunition;

    b. Records or other information related to sources of firearms (including names, addresses, phone numbers, or any other identifying information);

    c. any information recording the schedule of travel of DANNY GOMES AUSTIN; and,

    d. GPS historical data.

2. Evidence of user attribution showing who used or owned the Target Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the Internet Protocol addresses to communicate over the Internet, including:

    a. Records of Internet Protocol addresses used; and,

    b. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4. As used above, the terms "records" and "information" shall include any form of computer or electronic storage (such as flash memory or other media that can store data and any photographic form). including email, text messaging, instant messaging, or other communications, and including any content that may be synchronized to or on the device from any service or

application utilized by the subject all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored.